**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re:

**KIRK A. MCKINNON,**

    Debtor.

**CHAPTER 7**

**CASE NO. 10-10132-RGM**

**WELLS FARGO BANK, N.A.,**

    Plaintiff.

vs.

**KIRK A. MCKINNON**
**KEVIN R. MCCARTHY, TRUSTEE,**

    Defendants.

## ORDER GRANTING RELIEF

Upon consideration of the Motion of the Plaintiff, Wells Fargo Bank, N.A., to amend the automatic stay, the Debtor having filed a statement of intent to surrender the property and an answer indicating he does not oppose the relief requested, the Trustee having conducted the 341 meeting on February 22, 2010, and having failed to file an Answer or respond, and the Court finding grounds to grant the Motion, it is;

**ORDERED** that the automatic stay of 11 U.S.C., Section 362 be, and it is hereby, modified to allow the Plaintiff, its successors and assigns to enforce the lien of its Deed of Trust set out in its Motion pertaining to the property located at 205 East Harmon Avenue, Las Vegas, NV 89109, and described as follows:

> **PARCEL I:**
>
> **UNIT NO. SIXTY-EIGHT (68) OF MARIE ANTOINETTE SUBDIVISION AS THE SAME IS ESTABLISHED AND IDENTIFIED IN THE PLAN OF CONDOMINIUM FILED PURSUANT TO THE PROVISIONS OF NRS 117.020 ON JUNE 25, 1974 IN BOOK 437 OF OFFICIAL RECORDS, AS DOCUMENT NO. 396497 IN FILE 17, PAGE 7 OF CLARK COUNTY, NEVADA.**
>
> **PARCEL II:**

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P. C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #21346
(804) 290-4290

**AN UNDIVIDED .84682% INTEREST IN THE COMMON AREA INCLUDED IN THE PLAN.**

Relief under this Order shall extend to the purchaser at any foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DATED:

_____
JUDGE

**NOTICE OF JUDGMENT OR ORDER
Entered on Docket**

_____

I ask for this:
## /s/ ERIC DAVID WHITE
Samuel I. White, P. C.
Eric David White, Esquire, VSBN 21346
Counsel for Wells Fargo Bank, N.A.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

CERTIFICATE

I certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

## /s/ ERIC DAVID WHITE
Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Kevin R. McCarthy, Esquire
Chapter 7 Trustee
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102

Robert R. Weed, Esquire
Counsel for Debtor
7900 Sudley Road
Suite 409
Manassas, VA 20109

Kirk A. McKinnon
Debtor
900 N. Randolph Street, #1516
Arlington, VA 22203

/91-003050-10